**E–PASS TECHNOLOGIES, INC.,**
Plaintiff–Appellant,

v.

**3COM CORPORATION (also known as 3COM, Inc.), Palm, Inc., Palmone, Inc. and Handspring, Inc., Defendants–Appellees,**

and

**Visa International Service Association and Visa U.S.A., Inc., Defendants–Appellees,**

and

**Access Systems Americas, Inc. (formerly Palmsource, Inc.), Defendant–Appellee.**

Nos. 2008–1144, 2008–1145, 2008–1146, 2008–1470, 2008–1471, 2008–1472.

United States Court of Appeals, Federal Circuit.

March 20, 2009.

Daniel M. Cislo, Cislo & Thomas, LLP, of Santa Monica, CA, argued for plaintiff-appellant. With him on the brief were Kelly W. Cunningham and Mark D. Nielsen.

Edward H. Sikorski, DLA Piper U.S. LLP, of San Diego, CA, argued for defendants-appellees 3Com Corporation, et al. With him on the brief were Vincent S. Lam; and M. Elizabeth Day, of East Palo Alto, CA.

Madison C. Jellins, Alston and Bird LLP, of Palo Alto, CA, argued for defendants-appellees Visa International Service Association, et al. With her on the brief was Julie J. Han, Townsend and Townsend and Crew LLP, of Palo Alto, CA.

Andrew T. Oliver, Townsend and Townsend and Crew, of Palo Alto, CA, argued for defendant-appellee Access Systems Americas, Inc. With him on the brief was Mark D. Rowland, Ropes & Gray LLP, of Palo Alto, CA.

Before BRYSON, LINN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.